IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00246-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PEGGY SUE JONES,

        Defendant.

**ORDER DISMISSING PETITION AND TERMINATING SUPERVISED RELEASE**

        On September 21, 2007, a Petition on Supervised Release was signed by the Court. On January 31, 2008, the underlying criminal charges alleged in the petition were dismissed by the District Attorney in El Paso County, Colorado. The defendant's original term of supervised release was due to terminate on October 9, 2007.

        The probation office recommends the petition before the Court be dismissed and the defendant be discharged from supervised release. Assistant United States Attorney James Boma does not object to the proposed relief. Therefore, it is

        **ORDERED** that the petition before the Court be dismissed and the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        **DATED** at Denver, Colorado, this 6th day of February, 2008.

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        United States District Judge